UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

ADAM FLORES,

    Plaintiff,

v.

WILLIAM SUTER, and
CLAYTON R. HIGGINS,

    Defendant.
_____

Civil No. 10-3865 (DSD/JJK)

ORDER

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated October 26, 2010. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion to Proceed In Forma Pauperis, (Docket No. 3), is **DENIED**; and

2. This action is **DISMISSED WITHOUT PREJUDICE**.

Date: November 12, 2010

                                        s/David S. Doty
                                        DAVID S. DOTY
                                        United States District Judge